IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THARRON R. WILSON,**

    **Petitioner,**

  v.                                        CASE NO. 2:06-cv-00040
                                               CRIM. NO. 2:89-cr-138(2)
                                               JUDGE GRAHAM
**UNITED STATES OF AMERICA,**         Magistrate Judge Abel

    **Respondent.**

## OPINION AND ORDER

On March 29, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. Doc. No. 48. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

    **IT IS SO ORDERED.**

                                                            s/James L. Graham
                                                            JAMES L. GRAHAM
                                                             United States District Judge

DATE: May 9, 2006